AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Jean Wharf<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-MJ-6079-MPK<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     March 9, 2015     in the county of     Bristol     in the
District of     Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 843(b) | Use of a communication facility to facilitate the distribution of heroin |

This criminal complaint is based on these facts:
See attached Affidavit of DEA Special Agent Carl Rideout.

☑ Continued on the attached sheet.

_____
Complainant's signature

Carl Rideout, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     07/27/2015

_____
Judge's signature

City and state:     Boston, Massachusetts

M. Page Kelley, United States Magistrate Judge
*Printed name and title*